# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| NAVEED A SIKANDER, | : | CIVIL NO. 3:17-cv-2148 |
|---|---|---|
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| CLAIRE DOLL, WARDEN, | : | |
| Respondent | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 25th day of April 2018, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                          **BY THE COURT:**

                          **s/James M. Munley**
                          **JUDGE JAMES M. MUNLEY**
                          **United States District Court**